THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* VITO DI STEFANO, Appellant.

Submitted January 3, 1956; decided January 5, 1956.

Motion for enlargement of time granted and case set down for argument during the February, 1956, session of the Court of Appeals.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* NICHOLAS MANFREDI, Appellant.

Submitted January 3, 1956; decided January 5, 1956.

Motion for further enlargement of time granted and case set down for argument during the February, 1956, session of the Court of Appeals.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOSEPH NATTURNO, True Name JOSEPH FRANCIS NOTTURNO, Appellant.

Submitted January 3, 1956; decided January 5, 1956.

Motion to have appeal heard upon twelve copies of the record before the Appellate Division and printed additional papers granted.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SEBASTIAN ORCINOLI, Otherwise Known as CHARLES OTTO, Appellant.

Submitted January 3, 1956; decided January 5, 1956.

Motion for leave to have appeal heard upon the original record and typewritten briefs granted.